# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

144054

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                        SC: 144054
                                                         COA: 298074
                                                         Livingston CC: 09-017999-FC
DANIEL ARTHUR RING,
          Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the September 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

t0227